DANIEL G. BODGEN
United States Attorney
District of Nevada
ERIC JOHNSON
Assistant United States Attorney
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:03-mj-02203-PAL |
| | ) | |
| Plaintiff, | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | |
| RODNEY KEITH WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Complaint filed on August 28, 2003.

DATED this 21st day of January, 2014.

DANIEL G. BOGDEN
United States Attorney

/s/Eric Johnson
_____
ERIC JOHNSON
Assistant United States Attorney
Chief, Criminal Division

Leave of Court is granted for the filing of the foregoing dismissal

DATED this __27th__ day of __January_____, 2014.

_____
United States Magistrate Judge

1